[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-14904
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 5, 2012
JOHN LEY
CLERK

D.C. Docket No. 1:07-cr-00123-CC-LTW-7

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HERMILA LARIOS SANDOVAL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(April 5, 2012)

Before CARNES, BARKETT and ANDERSON, Circuit Judges

PER CURIAM:

Dennis C. O'Brien, appointed counsel for Hermila Sandoval in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sandoval's conviction and sentence are **AFFIRMED**.